**No. 40841.**—Protest 973392–G of B. Altman & Co. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of blotters, paper knives, inkwells, letter openers, paper racks, calendars, bookends, and photo frames chiefly used on the table, in the kitchen, or in the household for utilitarian purposes.  The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40842.**—Protest 975050–G of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, MARCH 15, 1939

**No. 40843.**—Petition 5631–R of C. S. Emery & Co. (St. Albans).

Opinion by KEEFE, J.  The manufacturer and shipper of the bobbins in question testified that he advised his customs broker of the number of bobbins he was shipping and gave him the Canadian wholesale price therefor, but that he neglected to inform him that they were sold on a c. i. f. basis.  It was clear from the evidence that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts.  The petition was therefore granted.

BEFORE THE FIRST DIVISION, MARCH 16, 1939

**No. 40844.**—Protests 459777–G, etc., of American Import Co. et al. (Los Angeles, etc.).

Opinion by FIRST DIVISION.  Following the authorities cited in Abstract 15400 the court dismissed the protests.